**STATE of Missouri, Respondent,**

v.

**Terry KNIGHT, Appellant.**

No. 49743.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 4, 1986.

Motion for Rehearing and/or Transfer
Denied March 4, 1986.

---

Mary E. Dockery, William J. Shaw, Robert J. Maurer, Clayton, for appellant.

Lee A. Bonine, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for attempted burglary, in violation of § 564.011, RSMo 1978.

Judgment affirmed.   Rule 30.25(b).